IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA FLOYD-GIMON**                                                                 **PLAINTIFFS**

v.                                          No. 4:10-CV-0655 JMM

**UNIVERSITY of ARKANSAS for MEDICAL SCIENCES
by And through THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS; JOHN ED ANTHONY,
CARL JOHNSON, JANE ROGERS, SAM HILBURN,
MIKE AKIN, JIM von GREMP, JOHN TYSON,
BEN HYNEMAN, DAVID PRIOR, and MARK WALDRIP
in their official capacity as members of the Board of Trustees
of the University of Arkansas; MARY HELEN FOREST,
in her personal capacity; CHARLES WHITE, in his personal capacity;
R.T. FENDLEY, in his personal capacity; AND
RICHARD PIERSON, in his official and personal capacity**                **DEFENDANTS**

## ORDER

Pending are Plaintiff's motions for extension of time to complete discovery, (docket # 20), to compel, (docket # 22), and to strike expert witness or compel deposition, (docket # 26). For good cause shown, Plaintiff's motions for an extension of time to complete discovery, to compel and to compel deposition are GRANTED. Plaintiff's motion to strike is DENIED.

The discovery deadline will be reset to allow the Plaintiff to complete the deposition of the Defendant's 30(b)(6) witness and Dr. Rick Bentley. Defendants are directed to produce a 30(b)(6) witness prepared to respond on behalf of UAMS to questions relating to Item 17 listed in the notice of deposition served on or about February 3, 2011. The Court declines to issue an advisory ruling addressing the applicability of the Arkansas privilege relating to peer review in

these proceedings. If this issue arises during the depositions addressed above, the parties are directed to certify all objectionable inquiries and to submit the issue to the Court along with argument at that time.

The Court will remove this case from the trial docket the week of June 13, 2011. An amended scheduling order will be entered setting an amended deadline for the above discovery, dispositive motions and pretrial filings and disclosures.

IT IS SO ORDERED THIS 29th day of March, 2011.

_____
James M. Moody
United States District Judge