IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA FLOYD-GIMON**                                                                                     **PLAINTIFF**

V.                                         NO. 4:10CV00655 JMM

**UNIVERSITY of ARKANSAS for MEDICAL SCIENCES by
and through THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS; JOHN ED ANTHONY,
CARL JOHNSON, JANE ROGERS, SAM HILBURN,
MIKE AKIN, JIM VON GREMP, JOHN TYSON, BEN
HYNEMAN, DAVID PRYOR, and MARK WALDRIP**
in their official capacity as members of the Board of Trustees
of the University of Arkansas; **MARY HELEN FOREST,**
in her personal capacity; **CHARLES WHITE,**
in his personal capacity; **R.T. FENDLEY,** in his personal
capacity, and **RICHARD PIERSON,** in his official
and personal capacity                                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed. Plaintiff's federal causes of action and claims under the Arkansas Civil Rights Act are dismissed with prejudice. Plaintiff's state law claim for defamation is dismissed without prejudice.

IT IS SO ORDERED this 16th day of March, 2012.

_____
James M. Moody
United States District Court